UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE E. GREENE,

      Plaintiff,

v.                                                                          Case No. 22-12626

DOUGLAS, *et al.*,                                          Sean F. Cox
                                                                           United States District Court Judge

      Defendants.
_____/

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION,**
**GRANTING SUMMARY JUDGMENT MOTION BASED UPON EXHAUSTION, AND**
**DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE.**

Plaintiff filed this action against several Defendants.  The matter has been referred to

Magistrate Judge Kimberly Altman for all pretrial proceedings.

On June 14, 2023, Defendants filed a "Motion for Summary Judgment On The Basis Of

Exhaustion."  (ECF No. 32).

In a Report and Recommendation ("R&R") issued on September 27, 2023, Magistrate

Judge Altman recommends that this Court grant Defendants' summary judgment motion on the

basis of exhaustion and notes that "[i]f this recommendation is adopted, all of Greene's claims

will be DISMISSED WITHOUT PREJUDICE."  (ECF No. 36 at PageID.153).

The time permitted for the parties to file objections to that Report and Recommendation

has passed and no objections were filed.  Accordingly, the Court hereby **ADOPTS** the

September 27, 2023 R&R and **ORDERS** that Defendants' motion for summary judgment on the

basis of exhaustion is **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED**

1

**WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  October 30, 2023